IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN L. SPENCER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| VAE NORTRAK, INC., | ) | 95-C-1789-S |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

The Eleventh Circuit has made its post-trial findings of fact on the issue of the plaintiffs' lost fringe benefits, and it has concluded that the plaintiffs did not carry their burden of proof. It directed this court on remand to exclude fringe benefits from the plaintiffs' damages calculations.

The defendant has already paid over to the plaintiffs all damages due to them, other than the disputed fringe benefits and accrued interest. Hence, the court finds that the plaintiff Steven L. Spencer is entitled to $1,402.48 in accrued interest, in addition to the $177,481.28 in compensatory and punitive damages which he has already received and acknowledged. The plaintiff Keith Mitchell is entitled to $892.45, in accrued interest, in addition to the $160,118.35 in compensatory and punitive damages which he has already received and acknowledged.

The plaintiffs are due interest on the accrued interest amounts, commencing from March 27, 1997, and continuing to the date on which the accrued interest amounts are paid to the plaintiffs.

A separate order shall issue.

DONE this 30th day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON

2